**UNITED STATES of America, Plaintiff-Appellee,**

v.

**John KANE, Defendant-Appellant.**

**No. 16-10181**

United States Court of Appeals, Ninth Circuit.

Submitted February 14, 2017 *

Filed February 21, 2017

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Daniel R. Schiess, Assistant U.S. Attorney, USLV—Office of the U.S. Attorney, Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S. Attorney, USRE—Office of the US Attorney-Reno, Reno, NV, for Plaintiff-Appellee

Andrew Mark Leavitt, Attorney, Law Offices of Andrew M. Leavitt, Esq., Las Vegas, NV, for Defendant-Appellant

Before: GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

### MEMORANDUM **

John Kane appeals the district court's order declining to exercise equitable jurisdiction over his motion for return of property under Federal Rule of Criminal Procedure 41(g). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Kane contends that the district court erred in declining to exercise equitable jurisdiction over his motion for the return of $27,000 seized by the Nevada Gaming Control Board. We review a district court's decision whether to exercise its equitable jurisdiction under Rule 41(g) for abuse of discretion. *See Ramsden v. United States*, 2 F.3d 322, 324 (9th Cir. 1993). After observing that the property was not seized by an agency of the federal government and that Kane would not suffer irreparable injury from the denial of the motion because he has an adequate remedy under state law, the court held that the equities did not tilt in favor of reaching the merits of Kane's motion. *See id.* at 325. The dis-

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

trict court did not abuse its discretion in declining to exercise equitable jurisdiction.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.